IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JEFFREY G. CORLE, Individually and on Behalf of all other similarly situated,<br>    Plaintiff,<br><br>vs.<br><br>ESTATE PLANNING AND PRESERVATION, INC.,<br>DAWN-MARIE JOSEPH, JOSEPH & ASSOCIATES, PC,<br>PAUL T. JOSEPH, AMANDA L. KLAISS, JEFFREY D.<br>STEFFENS and ROBERT W. PICEC,<br>    Defendants. | CASE NO.: 1:11-CV-00226 |

**JOINT MOTION TO DISMISS**

Come now the defendants, Joseph & Associates, P.C., Paul T. Joseph and Amanda L. Klaiss, by counsel, and Estate Planning and Preservation, Inc. and Dawn-Marie Joseph, by counsel, pursuant to Rule 12(B)(1) and 12(B)(6) of the Federal Rules of Civil Procedure, and hereby move the Court to dismiss Count I of the Complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. In support of this Motion, defendants would show the Court as follows:

1. In Count I of plaintiff's Class Action Complaint and Jury Demand, plaintiff, Jeffrey G. Corle, asserts a claim based upon the unauthorized practice of law by defendant, Estate Planning and Preservation, Inc. (hereinafter "EPP"), and its representatives.

2. Count I also asserts a claim against defendants, Joseph & Associates, P.C., Paul T. Joseph and Amanda L. Klaiss, for aiding and assisting EPP and the unauthorized practice of law.

    3.    The Indiana Supreme Court has exclusive jurisdiction over all matters relating to the practice of law in Indiana, including the unauthorized practice of law. Ind.App. Rule 4(B)(1)(c).

    4.    Indiana law does not recognize a private cause of action for the unauthorized practice of law.

WHEREFORE, defendants, Joseph & Associates, P.C., Paul T. Joseph, Amanda L. Klaiss, Estate Planning and Preservation, Inc. and Dawn-Marie Joseph, pray that the Court grant their motion and dismiss Count I of this action, and for all other just and proper relief in the premises.

                                CARSON BOXBERGER LLP

                                By   /s/ Robert T. Keen, Jr.
                                       Robert T. Keen, Jr. (5475-02)
                                       Attorneys for Defendants,
                                       Joseph & Associates, Paul T. Joseph
                                       And Amanda Klaiss

1400 One Summit Square
Fort Wayne, Indiana  46802
Telephone:  (260) 423-9411

                                BOSE, McKINNEY & EVANS, LLP

                                By   /s/ V. Samuel Laurin
                                       V. Samuel Laurin
                                       Attorneys for Defendants
                                       Estate Planning and Preservation and
                                       Dawn-Marie Joseph

111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 684-5000

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 27th day of April, 2012, a true and complete copy of the above and foregoing was electronically filed and/or mailed to:

| | |
|---|---|
| Andrew B. Miller | Robert W. Picec, *Pro Se* |
| Mark S. Fryman, Jr. | 1752 Barry Road |
| Scott L. Starr | Williamston, MI  48895 |
| STARR AUSTEN & MILLER, LLP | |
| 201 S. Third Street | |
| Logansport, IN 46947 | |

                                                                              /s/Robert T. Keen, Jr.