UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE INDIANA

| | |
|---|---|
| JEFFREY G. CORLE,           ) | |
|     Plaintiff on behalf of himself and  ) | |
|     similarly situated,           ) | |
|               ) | |
| vs.           ) | CASE NO. 1:11-CV-00226-RLM-RBC |
|               ) | |
| ESTATE PLANNING AND           ) | |
| PRESERVATION, INC.,           ) | |
| DAWN-MARIE JOSEPH,           ) | |
| JOSEPH & ASSOCIATES, P.C.,           ) | |
| PAUL T. JOSEPH, AMANDA L.           ) | |
| KLAISS, JEFFREY D. STEFFENS and           ) | |
| ROBERT W. PICEC,           ) | |
|     Defendants.           ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    The undersigned, counsel for their respective parties, now stipulate that the above-captioned cause of action may be dismissed without prejudice against the refiling thereof. Attorneys for Plaintiffs, Defendants Estate Planning & Preservation, Inc., Dawn-Marie Joseph, Joseph & Associates, P.C., Paul T. Joseph and Amanda L. Klaiss all consent to the dismissal. Defendant Jeffery D. Steffens never entered an appearance or answered the Complaint, but is also being dismissed. Pro se Defendant Robert W. Pecic answered the Complaint and was notified by letter May 10, 2012 of Plaintiffs' planned dismissal, but he has not returned the stipulation for filing or contacted Plaintiffs with his position. Wherefore, Plaintiff requests this Court dismiss this case without prejudice against all Defendants and order that each party bear their own fees and costs.

                                                    s/ Mark S. Fryman, Jr.
                                                      Mark S. Fryman, Jr., #24188-49
                                                      STARR AUSTEN & MILLER, LLP
                                                      201 South Third Street
                                                      Logansport, IN 46947
                                                      Telephone (574) 722-6676
                                                      fryman@starrausten.com
                                                      Attorneys for Plaintiff,
                                                      Jeffrey G. Corle

Electronic signature used with permission
 s/V. Samuel Laurin, III
V. Samuel Laurin, III, #11607-53
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
Telephone (317) 684-5185
SLaurin@boselaw.com

Attorneys for Defendants,
Estate Planning & Preservation, Inc. and
Dawn-Marie Joseph

Electronic signature used with permission
 s/Robert T. Keen, Jr.
Robert T. Keen, Jr., #5475-02
CARSON BOXBERGER
1400 One Summit Square
Fort Wayne, IN  46802-3173
Telephone (260) 423-9411
keen@carsonboxberger.com

Attorneys for Defendants,
Joseph & Associates, P.C.,
Paul T. Joseph and Amanda L. Klaiss

493111.001\stip_dismiss\KW